**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **UNITED INTERNATIONAL INVESTIGATIVE SERVICES, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**WACKENHUT SERVICES, INC.,**<br><br>**Intervenor.** | **No. 1:98-cv-00729-LB** |

**MOTION OF INTERVENOR WACKENHUT SERVICES, INC. TO WITHDRAW AS A PARTY**

Wackenhut Services, Inc. ("WSI"), Intervenor in this action, hereby moves through its undersigned counsel to withdraw as a party to this proceeding. WSI has no continuing interest in the litigation.

Counsel for WSI is authorized to state that counsel for plaintiff and defendant have no objections to WSI's dismissal from this action. A proposed order is submitted herewith.

Respectfully submitted,

Richard J. Webber
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202-857-6254 Fax: 202-857-6395

Attorney of Record for Wackenhut Services, Inc.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **UNITED INTERNATIONAL INVESTIGATIVE SERVICES, INC.,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant,**<br>**and**<br>**WACKENHUT SERVICES, INC.,**<br>**Intervenor.** | **No. 1:98-cv-00729-LB** |

**ORDER**

Intervenor Wackenhut Services, Inc. has moved the Court to dismiss it from this action on the basis that it has no continuing interest in the litigation. Neither the plaintiff nor defendant has an objection to the Court's dismissing Wackenhut Services, Inc. Therefore, it is, on this _______ day of July, 2004,

ORDERED, that the Motion of Wackenhut Services, Inc. to withdraw as a party is hereby GRANTED, and

IT IS FURTHER

ORDERED, that Wackenhut Services, Inc. is dismissed from this action.

_________________________________________
Judge, United States Court of Federal Claims

Copies To:

Alan M. Grayson, Esq.
Grayson, Kubli & Hoffman
1568 Spring Hill Road
Suite 230
McLean, Virginia 22102

Gerald M. Alexander, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530

LDR/119232.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2004, a true and correct copy of the foregoing Motion Of Intervenor Wackenhut Services, Inc. To Withdraw As A Party was sent via first-class mail, postage prepaid to the following:

Alan M. Grayson, Esq.
Grayson, Kubli & Hoffman
1568 Spring Hill Road
Suite 230
McLean, Virginia 22102
703-442-0327

Gerald M. Alexander, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530
202-307-0316

Richard J. Webber

LDR/119110.1