**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITED INTERNATIONAL INVESTIGATIVE SERVICES, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 98-729C** |
| | ) | **(Judge Block)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**STATUS REPORT**

The parties to the above-captioned litigation, pursuant to the Court's Order of July 13, 2004, provide this Status Report.

The parties have settled this case, and recommend that the case be dismissed with prejudice. *See* Exhibits 1 and 2.

The Plaintiff's counsel is authorized to state that the Defendant's counsel concurs with this Status Report.

Respectfully submitted,

UNITED INTERNATIONAL INVESTIGATIVE SERVICES, INC.

By Counsel

s/Alan M. Grayson
by s/James A. McMillan, Esq.
GRAYSON, KUBLI & HOFFMAN, P.C.
1420 Spring Hill Road, Suite 230
McLean, Virginia 22102
(703) 749-0000
(703) 442-8672 fax

Date: July 19, 2004