GRAYSON, KUBLI & HOFFMAN, P.C.

1420 SPRING HILL ROAD, SUITE 230
MCLEAN, VIRGINIA 22102

(703) 749-0000

FACSIMILE (703) 442-8672

www.graysonlaw.net

ALAN M. GRAYSON*
IRA E. HOFFMAN
VICTOR A. KUBLI‡
MARK R. MANNO
JAMES A. MCMILLAN*
MELISSA A. ROOVER*
PETER A. SAAR
BRIAN T. SCHER*

*Member of the Bars of VA and DC
·Member of the Bars of MD, DC, and FL
‡Member of the Bars of MD and DC
◦Member of the Bars of IN and NC
*Member of the Bars of MA, NY and DC
Member of the Bar of MD

James A. McMillan, Esq.*

April 21, 2003

**BY US MAIL**

Ms. Kathleen Guidice
President,
United International Investigative Services, Inc.
180 North Riverview Drive, Suite 100
Anaheim, CA 92808

**RE: UIIS v. United States: Case No. 98-729C**

Dear Mr. Guidice:

The case referenced above involves claim a claim for termination for convenience that United International Investigative Services, Inc. ("UIIS") had against the U.S. Nuclear Regulatory Commission ("NRC"). I understand, from my phone conversation with you of April 17, 2003, and documents that I have received from the U.S. Department of Justice that UIIS and the NRC have agreed to settle this case, that UIIS and the NRC have agreed upon an amount due UIIS, and that UIIS has received the payment. I further understand that UIIS has no further claims against the NRC.

The U.S. Court of Federal Claims has contacted me and asked whether Case No. 98-729C is still in dispute. I would like to advise the court that the case has been settled, if that is true.

If UIIS has agreed on a settlement with the NRC, and has received payment, and has no more claims against the NRC, please acknowledge this by signing the statement below and faxing the signed statement to me. If you sign the statement, I will request that the U.S. Court of Federal Claims dismiss Case No. 98-729C with prejudice.

I have enclosed copies of the documents that I have received from the U.S. Department of Justice.

Please call me if you have any questions.

Sincerely,

James A. McMillan

United International Investigative Services, Inc. and the U.S. Nuclear Regulatory Commission ("NRC") have agreed to settle Case No. 98-729C. UIIS has received payment, and has no more claims against the NRC. I concur with the dismissal of Case No. 98-729C with prejudice.

Kathleen Guidice
President, United International Investigative Services, Inc.