Copy

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 | OF PAGES

2. AMENDMENT/MODIFICATION NO. 004

3. EFFECTIVE DATE See Block 15C

4. REQUISITION/PURCHASE REQ. NO. ADM02300 dtd 3/5/02

5. PROJECT NO. (If applicable)

6. ISSUED BY CODE

U.S. Nuclear Regulatory Commission
Division of Contracts and Property Mgt.
Attn. T-7-I-2
Contract Management Branch
Washington DC 20555

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

United International Investigative Serv
ATTN. Mr. William Guidice
180 North Riverview Drive
Suite 100
Anaheim CA 92808

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO. NRC-10-98-141

X 10B. DATED (SEE ITEM 13) 02-01-1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended, ___ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment of each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

274-15-511-304 N-7055 252A 31X0200.274 OBLIGATE: $15,966.31

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR Clause 52.249-2 TERMINATION FOR THE CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE)

D. OTHER (Specify type of modification and authority)

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The subject contract is modified as described in Page 1.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
KATHLEEN GUIDICE, CEO

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED 3/20/02

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Sharon D. Stewart
Contracting Officer

16B. UNITED STATES OF AMERICA
BY (Signature of Contracting Officer)

16C. DATE SIGNED 3/14/02

The purpose of this modification is to: 1) Incorporate into the subject contract the terms and conditions of the attached termination settlement agreement between the U.S. Nuclear Regulatory Commission (NRC) and representatives of United International Investigative Services (UIIS), and 2) Increase the contract ceiling and obligation amounts of the subject contract by $15.965.31 from $955.316.39 to $971.281.70. in order to reimburse UIIS in accordance with the terms of the termination settlement agreement. Accordingly, the contract is hereby modified as follows:

1. Section B. SUPPLIES OR SERVICES AND PRICES, Subsection B.4. is deleted in its entirety and substituted with the following in lieu thereof:

   "B.4. The firm fixed-price for guard services under this contract is $971.281.70."

A summary of obligations for this contract from the date of award through the date of this action is provided below:

| | |
|---|---|
| TOTAL FY 98 OBLIGATIONS: | $1.960.637.83 |
| TOTAL FY 98 DEOBLIGATIONS: | $1.021.702.84 |
| TOTAL FY 99 OBLIGATIONS: | $ 16.381.40 |
| TOTAL FY 02 OBLIGATIONS: | $ 15.985.31 |

CUMULATIVE TOTAL OF NRC OBLIGATIONS: $ 971.281.70

This modification obligates FY 02 funds in the amount of $15.965.31.

All other terms and conditions of the subject contract remain unchanged.

SETTLEMENT AGREEMENT AND RELEASE
CONTRACT NO. NRC-10-98-141
UNITED INTERNATIONAL INVESTIGATIVE SERVICES

THIS SETTLEMENT AGREEMENT AND RELEASE is entered into between the U.S. NUCLEAR REGULATORY COMMISSION (hereinafter referred to as NRC). represented by the Contracting Officer executing this agreement. and United International Investigative Services (hereinafter referred to as UIIS).

WHEREAS. the NRC entered into Contract No. NRC-10-98-141 with UIIS on February 1. 1998. for security guard services for the White Flint North buildings.

WHEREAS. the Contracting Officer terminated the contract for default on July 24. 1998.

WHEREAS. the termination for default was converted to a termination for convenience on October 20. 1998.

WHEREAS. UIIS submitted a settlement proposal in the amount of $39.640.35 on October 13. 1999.

WHEREAS. the parties desire to settle all issues underlying and relating to the performance of Contract No. NRC-10-98-141.

NOW THEREFORE. the parties do mutually agree to the following:

1. The NRC shall pay to UIIS the sum of $15 965.31 to be paid no later than thirty (30) days after receipt of a proper invoice in the agreed upon amount. Such sum constitutes the entire and complete compensation for any and all costs to which UIIS claims entitlement to. and in settlement of. all amounts claimed by UIIS under Contract No. NRC-10-98-141. If payment is not made within thirty (30) days of the receipt of a proper invoice in the agreed upon amount. interest will begin to incur from the thirtieth (30) day after the date of receipt. at a rate established under the Contracts Disputes Act.

2. UIIS hereby expressly represents and acknowledges that in agreeing to the sum set forth above. it has considered and made allowances for every cost regardless of when incurred. including interest and attorney fees. in connection with Contract No. NRC-10-98-141.

3. UIIS unconditionally waives any charges against the Government because of the termination of the contract and releases it from all obligations under the contract or due to its termination. The Government agrees that all obligations under the contract are concluded.

4. ~~In~~ consideration of the sum of fifteen thousand. nine hundred sixty-five dollars and thirty-one cents ($15,965.31). which is to be paid under the said contract to UIIS. 180 North Riverview Drive. Suite 100. Anaheim. CA 92808 (herein after called the Contractor) or its successors. agents and assignees if any, UIIS. upon payment of the said sum by the UNITED STATES OF AMERICA (hereinafter called the Government). does remise. release. and forever discharges the Government. its officers. agents. and employees. and likewise. the Government hereby releases and forever discharges UIIS. its officers. employees. successors. agents and assignees from any and all liabilities. obligations and further claims or demands. however. derived: and both parties refrain from lodging lawsuits or claims in any forum. for additional equitable adjustments. compensation or relief resulting from events. acts. omissions, or any other contract modifications or actions. in any manner related to Contract No. NRC-10-98-141. irrespective of whether any of the foregoing events may be formal or constructive. foreseeable or unforeseeable. or known or unknown to either or both of the parties.

5. The parties agree that UIIS's claim of approximately $40.000:00 has been fully resolved by this Settlement Agreement. and that compensation in the amount of $15.965.31 constitutes the complete and final resolution of all possible claims. UIIS expressly represents and acknowledges that in agreeing to compensation in the amount of $15.965.31. it has considered and made allowances for every cost. regardless of when incurred. including interest and attorneys fees. The parties agree that any and all possible claims or causes of action have been fully resolved by this Settlement Agreement and that the Government's payment of $15,965.31 on a claim of approximately $40.000.00 constitutes the complete and final resolution of any possible claims by the Government.

6 This Settlement Agreement resolves all matters, issues and claims alleged, or which might or could have been alleged. either judicially or administratively by UIIS and NRC based on Contract No. NRC-10-98-141. No provision of this Settlement Agreement will be construed as an admission by the NRC or UIIS of a violation of any statute. law. regulation. rule or policy.

7. UIIS reserves the right to file a claim for breach of the Settlement Agreement and Release if full payment is not made by the NRC within thirty (30) days after receipt of a proper invoice in the agreed upon amount.

BY: ______

William Guidice
President
United Intern'l Investigative Services

BY: ______

Sharon D. Stewart 3/19/04
Contracting Officer
U.S. Nuclear Regulatory Commission

TOTAL P.09
TOTAL P.09

TOTAL P.02